George Haines, Esq.                                    E-FILED: October 24, 2014
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Javier T. Farrar and Diora L. Farrar

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | ) **Case No. BKS-13-16581-MKN** |
| | ) **Chapter 13** |
| | ) |
| | ) **Hearing Date:  November 20, 2014** |
| Javier T. Farrar and Diora L. Farrar, | ) **Hearing Time:   1:30PM** |
| | ) |
| | ) |
| **Debtor(s).** | ) |
| | ) |
| | ) |

## NOTICE OF HEARING ON CHAPTER 13 PLAN #4 CONFIRMATION HEARING

**TO:        ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

        **THE COURT**, the Debtor, the Chapter 13 Trustee, and all creditors and parties in

interest are hereby notified of a hearing on the Debtor's CHAPTER 13 PLAN #4

CONFIRMATION HEARING.

        **TAKE FURTHER NOTICE** that any party who objects to the Debtor's

CHAPTER 13 PLAN #4 CONFIRMATION HEARING must file a written objection

pursuant to Local Rule 9014(d)(1):

> Oppositions to a motion must be filed and service must be completed
> on the movant no later than 14 days preceding the hearing date for the
> motion. The opposition must set forth all relevant facts and any
> relevant legal authority. An opposition must be supported by affidavits
> or declarations that conform to the provisions of LR 9014(c).

If an objection is not timely filed and served, an order the aforementioned motion and request for relief may be granted.  LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

° The court may *refuse to allow you to speak* at the scheduled hearing; and

° The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said CHAPTER 13 PLAN

#4 CONFIRMATION HEARING will be held before United States Bankruptcy Judge

Mike K. Nakagawa, in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, on

**November 20, 2014** at **1:30PM.**

DATED October 24, 2014.

HAINES & KRIEGER, L.L.C.

By: /s/George Haines, Esq.
George Haines Esq.
8985 S Eastern Ave.
Las Vegas, NV 89123